# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

OSCAR ULISES MARTINEZ, as Guardian of )
FRANCIA V. CASTILLO, )
                        )
              Plaintiff, )      Case No.  2:12-cv-00569-JCM-GWF
                        )
vs. )      **ORDER**
                        )
KOSTADIN STOYKOV KARAFEZIEV and )
BULEX SERVICE CORPORATION, )
                        )
             Defendants. )
_____ )

        This matter is before the Court on the parties' failure to file a Joint Status Report.  The Minutes of the Court dated April 6, 2012, required the parties to file a Joint Status Report regarding removed action no later than May 9, 2012.  To date the parties have not complied.  Accordingly,

        **IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **May 29, 2012,** which must:

       1.     Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

       2.     Include a statement by counsel of action required to be taken by this court.

       3.     Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

. . .

1 | Failure to comply may result in the issuance of an order to show cause why sanctions should not be

2 | imposed.

3 |      DATED this 17th day of May, 2012.

4 |

5 |                                  _____

6 |                              GEORGE FOLEY, JR.
                             United States Magistrate Judge