**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OSCAR ULISES MARTINEZ, as Guardian of FRANCIA V. CASTILLO,<br><br>    Plaintiff,<br><br>vs.<br><br>KOSTADIN STOYKOV KARAFEZIEV and BULEX SERVICE CORPORATION,<br><br>    Defendants. | Case No. 2:12-cv-00569-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated April 6, 2012, required the parties to file a Joint Status Report regarding removed action no later than May 9, 2012. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **May 29, 2012,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

. . .

1  Failure to comply may result in the issuance of an order to show cause why sanctions should not be
2  imposed.
3         DATED this 17th day of May, 2012.

```
                                        _____
                                        GEORGE FOLEY, JR.
                                        United States Magistrate Judge
```