# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

OSCAR ULISES MARTINEZ, as Guardian of )
FRANCIA V. CASTILLO, )
                                       )
          Plaintiff, )      Case No.  2:12-cv-00569-JCM-GWF
                                       )
vs. )      **ORDER**
                                       )
KOSTADIN STOYKOV KARAFEZIEV and )
BULEX SERVICE CORPORATION, )
                                       )
          Defendants. )
_____ )

       The Court has received the parties' Discovery Plan and Scheduling Order.  LR 26-1(e)(1) provides that unless otherwise ordered, discovery periods longer than one hundred eighty (180) days from the date the first defendant answers or appears will require special scheduling review. LR 26-1(d) states that if longer deadlines are sought, the plan shall state on its face "SPECIAL SCHEDULING REVIEW REQUESTED."  Where such special scheduling review is requested, the plan shall state the reasons why longer or different time periods should apply.

       In this case, the first answer by a defendant in the case was filed on April 6, 2012. Therefore, under LR 26-1(e), the standard 180 day period for discovery would expire on October 4, 2012.  In their plan, however, Plaintiff requests a 243 day discovery cut-off and Defendants request a 450 day discovery cut-off.  The discovery plan and scheduling order submitted by the parties, therefore, does not comply with LR 26-1(e)(1).  Accordingly,

       **IT IS HEREBY ORDERED** that the parties shall, within ten (10) days of the date of this order, either submit a proposed discovery plan in compliance with LR 26-1(e), or a proposed plan

. . .

. . .

1  stating on its face "SPECIAL SCHEDULING REVIEW REQUESTED" and setting forth therein
2  the reasons why longer or different time periods should apply.
3      DATED this 11th day of June, 2012.

_____
GEORGE FOLEY, JR.
U.S. MAGISTRATE JUDGE