# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR ULISES MARTINEZ, as Guardian of FRANCIA V. CASTILLO,<br><br>           Plaintiff,<br><br>vs.<br><br>KOSTADIN STOYKOV KARAFEZIEV and BULEX SERVICE CORPORATION,<br><br>           Defendants. | Case No.  2:12-cv-00569-JCM-GWF<br>**Consolidated with:**<br>Case No. 2:13-cv-01798-GMN-VCF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a status report.  The Minutes (#51) dated November 21, 2013 required the parties to file a status report advising the Court whether the sentencing went through and if the stay may be lifted.  To date the parties have not complied.  Accordingly,

**IT IS ORDERED** counsel for the parties shall file a status report no later than **February 18, 2014**.

DATED this 7th day of February, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge