BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
email: admin@sdlawoffice.net

Attorneys for Forward Air, Inc., FAF, Inc.
and Forward Air Corporation

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR ULISES MARTINEZ, as Guardian of FRANCIA-CASTILLO,<br><br>Plaintiff,<br><br>vs.<br><br>KOSTADIN STOYKOV KARAFEZIEV, individually; BULEX SERVICE CORPORATION, an Illinois Corporation; FORWARD AIR, INC., a Tennessee Corporation; FAF, INC., a Tennessee Corporation; FORWARD AIR CORPORATION; a Tennessee Corporation; DOES I through V, inclusive; and ROE CORPORATIONS I through V inclusive,<br><br>Defendants. | CASE NO.  2:12-cv-00569-RFB-GWF<br><br>Consolidated with:<br>Case No.: 2:13-cv-01798-GMN-VCF<br><br>**JOINT MOTION TO EXTEND DISCOVERY**<br><br>**(Fourth Request)** |
| AND RELATED CASES | |

CHARLES WOTHERSPOON; KOSTADIN STOYKOV KARAFEZIEV and BULEX

SERVICE CORPORATION; and FORWARD AIR, INC., FORWARD AIR CORPORATION,

1

AND FAF, INC. by and through their respective attorneys of record, pursuant to F.R.C.P. 29(b), file this joint motion to extend discovery 120 days. In addition, it is anticipated that OSCAR ULISES MARTINEZ, as Guardian of FRANCIA-CASTILLO will join this motion.

Per Federal Rules of Civil Procedure 16(b), and Local Rule 26-4 the following is included in support of the proposed 90 day extension to the Discovery Schedule:

1. Local Rule 26-4(a) Statement: See Exhibit A.
2. Local Rule 26-4(b) Statement: See Exhibit B.
3. Local Rule 26-4(c) Statement: The parties are requesting this extension for six primary reasons:

1) Plaintiffs have recently amended their complaint to name new defendants, FAF, Inc. and Forward Air Corporation. Those companies have recently answered the complaint and discovery will be conducted with respect to their involvement in the subject accident.

2) Mr. Wotherspoon has recently answered Forward Air, Inc.'s discovery and Forward Air, Inc. has subpoenas out for his medical records and other damages documents. After those records are received; experts will be designated and his deposition will be taken.

3) NLVPD Officer Jim Byrne's (the investigating officer) deposition has had to be set and reset on three separate occasions. On May 2, 2013, his deposition was started, however, he could not produce the NVLPD file for the accident. The reason he could not produce the file was that Mr. Karafeziev was under prosecution and pursuant to directions from the North Las Vegas City Attorney, he could not release the file. On October 6, 2014, the deposition was re-set and cancelled. The reason it was cancelled was that Officer Byrne was dispatched to a fatality motor vehicle accident just prior to the start of the deposition. On December 18, 2014, the deposition was taken and Officer Byrne advised that more documents from his file had not been produced. Thus, the deposition will need to be taken again.

4) Pita Lualemaga's deposition was originally set for July 13, 2014. That deposition was started and aborted after Mr. Lualemaga advised that he needed a translator. The deposition was completed on November 12, 2014.

2

1   5) On August 22, 2014, the deposition of Bulex FRCP 30(b)(6) witness was taken. Because the
2      deposition was not completed, it was reset and completed on November 21, 2014.
3   6) On December 4, 2014, the deposition of Synergy Laboratories was noticed. The FRCP
4      30(b)(6) witness did not appear. Counsel for Forward Air Inc has contacted the lab and this
5      deposition is being reset for either January or February, 2015.

Based on the above, the parties move to extend discovery 120 days in order to complete the remaining discovery.

The parties recognize that the deadline for extending the initial expert disclosure deadline was Friday December 19, 2015. However, the parties respectfully submit that because of conflicts with other cases and the confusion surrounding the holidays; this brief four day delay is the result of excusable neglect.

4. Discovery Dates.
   a. Close of Discovery. Discovery shall be completed no later than Tuesday, July 7, 2015.
   b. Motion to Amend/Add Parties. The last day to amend Pleadings/add parties shall be Wednesday, April 8, 2015.
   c. Federal Rules of Civil Procedure 26(a) Disclosures (Experts). The last day to disclose experts will be Friday, May 8, 2015. The last day to disclose rebuttal experts will be Friday, June 5, 2015.
   d. Interim Status Report. The parties shall file an interim status report required by Local Rule 26-3 by Friday, May 8, 2015.
   e. Dispositive Motions. The parties shall have until Thursday, ~~August 6, 2013~~ August 6, 2015 to file any dispositive motions.

///
///
///
///
///
///

3

    f.  <u>Pre-trial Order.</u>  The pre-trial order shall be filed by Friday, September 4, 2015 which is not more than 30 days after the date set for filing dispositive motions.  This deadline is suspended if dispositive motions are timely filed.  The disclosures required by Federal Rules of Civil Procedure 26(a)(3) shall be made in the joint pre-trial order.

| Dated this _____ day of _____, 2014. | Dated this __24th__ day of December, 2014. |
|---|---|
| FASSETT & CARDOZA | STEPHENSON & DICKINSON |
| _____<br>DAVID FASSETT<br>Nevada Bar No.: 006968<br>VICTOR CARDOZA, JR.<br>Nevada Bar No.: 005599<br>1137 South Rancho Drive<br>Las Vegas, NV 89102<br>T: 702-384-2495<br>F: 702-384-2542<br>*Attorneys for Plaintiff* | */s/ Michael Hottman*<br>BRUCE SCOTT DICKINSON<br>Nevada Bar No. 002297<br>MICHAEL HOTTMAN, ESQ.<br>Nevada Bar No. 008501<br>2820 West Charleston Boulevard, Suite 19<br>Las Vegas, Nevada 89102<br>Telephone: (702) 474-7229<br>Facsimile: (702) 474-7237<br>Email: admin@sdlawoffice.net<br>*Attorneys for Forward Air, Inc.; Forward Air Corporation; and FAF, Inc.* |
| Dated this __24th__ day of December, 2014. | Dated this __24th__ day of December, 2014. |
| DENNETT WINSPEAR, LLP | LAW OFFICE OF ANDREW M. LEAVITT |
| */s/ Jeffrey S. Galliher*<br>JEFFREY L. GALLIHER<br>Nevada Bar No.: 008078<br>3301 North Buffalo, Suite 195<br>Las Vegas, NV 89129<br>T: 702-839-1100<br>F: 702-839-1113<br>*Attorneys for Bulex Service Corporation and Kostadin Karafeziev* | */s/ Andrew M. Leavitt*<br>ANDREW M. LEAVITT<br>Nevada Bar No.: 003989<br>633 S. 7th Street<br>Las Vegas, NV 89101<br>T: 702-382-2800<br>F: 702-382-7438<br>*Attorneys for Charles Wotherspoon* |

**IT IS SO ORDERED.**

*George Foley Jr.* (signature)

**GEORGE FOLEY, JR.**
**United States Magistrate Judge**
**Dated:  January 7, 2015**