1
2
3
4

5                      **UNITED STATES DISTRICT COURT**

6                          **DISTRICT OF NEVADA**

7

8    OSCAR ULISES MARTINEZ, as Guardian of    )    Case No.  2:12-cv-00569-RFB-GWF
     FRANCIA V. CASTILLO,                      )    **Consolidated with:**
9                                              )    Case No. 2:13-cv-01798-JCM-GWF
                    Plaintiff,                 )
10                                             )
     vs.                                       )    **ORDER**
11                                             )
     KOSTADIN STOYKOV KARAFEZIEV and           )
12   BULEX SERVICE CORPORATION,                )
                                               )
13                  Defendants.                )
                                               )
14   _____  )

15          The parties requested an extension of the current discovery deadlines with the Court in a

16   motion hearing on February 1, 2016.  The Court granted an extension of the discovery cut-off date

17   to March 31, 2016.  Accordingly,

18          **IT IS ORDERED** the following discovery plan and scheduling order dates shall apply:

19          1.    Last date to complete discovery:  **March 31, 2016**

20          2.    Last date to file dispositive motions:  **May 2, 2016**

21          3.    Last date to file joint pretrial order:  **June 2, 2016**.  In the event dispositive motions

22                are filed, the date for filing the joint pretrial order shall be suspended until 30 days

23                after a decision of the dispositive motions.

24   DATED this 1st day of February, 2016.

25

26                                              _____
                                                GEORGE FOLEY, JR.
27                                              United States Magistrate Judge

28