1 **SAO**
BRUCE SCOTT DICKINSON, ESQ.
2 Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
3 Nevada Bar No. 008501
**STEPHENSON & DICKINSON, P.C.**
4 2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
5 Telephone: (702) 474-7229
6 Facsimile: (702) 474-7237
7 email: admin@sdlawoffice.net

8 Attorneys for Forward Air, Inc., FAF, Inc.
and Forward Air Corporation
9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OSCAR ULISES MARTINEZ, as Guardian of FRANCIA CASTILLO,<br><br>Plaintiff,<br><br>vs.<br><br>KOSTADIN STOYKOV KARAFEZIEV, individually; BULEX SERVICE CORPORATION, an Illinois Corporation; FORWARD AIR, INC., a Tennessee Corporation; DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive<br><br>Defendants. | Case No. 2:12-cv-00569-~~JCM~~-GWF<br>RFB<br><br>Consolidated with:<br>Case No. 2:13-cv-01798-GMN-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF CHARLES WOTHERSPOON** |
| AND RELATED MATTERS | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Charles Wotherspoon and Defendants, by and through their respective attorneys of record, that the above-entitled

…

action be dismissed with prejudice. Each party to bear their own costs and fees.

| Dated this 15th day of June, 2017.<br><br>/s/ Andrew Leavitt<br><br>ANDREW LEAVITT, ESQ.<br>Nevada Bar No.: 003989<br>LAW OFFICE OF ANDREW M. LEAVITT, ESQ.<br>633 South Seventh Street<br>Las Vegas, NV 89101<br>T - 702-382-2800<br>F – 702-382-7438<br>*Attorneys for Charles A. Wotherspoon* | Dated this 15th day of June, 2017.<br><br>/s/ Bruce Scott Dickinson<br><br>BRUCE SCOTT DICKINSON, ESQ.<br>Nevada Bar No.: 002297<br>MICHAEL E. HOTTMAN, ESQ.<br>Nevada Bar No.: 008501<br>JACQUELYN M. FRANCO, ESQ.<br>Nevada Bar No.: 13484<br>STEPHENSON & DICKINSON<br>2820 West Charleston Blvd., Suite B-19<br>Las Vegas, NV 89102<br>T: (702) 474-7229<br>F: (702) 474-7237<br>*Attorneys for Forward Air, Inc., FAF, Inc., and Forward Air Corporation* |
|---|---|
| Dated this 15th day of June, 2017.<br><br>/s/ Ryan L. Dennett<br><br>RYAN L. DENNETT<br>Nevada Bar No.: 005617<br>DENNETT WINSPEAR, LLP<br>3301 North Buffalo, Suite 195<br>Las Vegas, NV 89129<br>T: 702-839-1100<br>F: 702-839-1113<br>*Attorneys for Kostadin Karafeziev and Bulex Service Corporation* | |

## ORDER

**It is so ordered this** 20th **day of** June **, 2017**

_____
RICHARD F. BOULWARE, II
United States District Judge

2