**SAO**
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
email: admin@sdlawoffice.net

Attorneys for Forward Air, Inc., FAF, Inc.
and Forward Air Corporation

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OSCAR ULISES MARTINEZ, as Guardian of FRANCIA CASTILLO,<br><br>Plaintiff,<br><br>vs.<br><br>KOSTADIN STOYKOV KARAFEZIEV, individually; BULEX SERVICE CORPORATION, an Illinois Corporation; FORWARD AIR, INC., a Tennessee Corporation; FAF, INC. a Tennessee Corporation; FORWARD AIR CORPORATION, a Tennessee Corporation; DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case No. 2:12-cv-00569-RFB-GWF<br><br>Consolidated with:<br>Case No. 2:13-cv-01798-GMN-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| AND RELATED MATTERS | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Oscar Ulises Martinez, as Guardian of Francia Castillo and Defendants, by and through their respective attorneys

1

of record, that the above-entitled action be dismissed with prejudice. Each party to bear their own costs and fees.

| Dated this /9th day of July, 2017.<br><br>*(signature)*<br><br>DAVID FASSETT<br>Nevada Bar No.: 006968<br>VICTOR CARDOZA, JR.<br>Nevada Bar No.: 005599<br>FASSETT & CARDOZA<br>1137 South Rancho Drive<br>Las Vegas, NV 89102<br>T: 702-384-2495<br>F: 702-384-2542<br>*Attorneys for Plaintiff* | Dated this ___ day of July, 2017.<br><br>_____<br>BRUCE SCOTT DICKINSON, ESQ.<br>Nevada Bar No.: 002297<br>MICHAEL E. HOTTMAN, ESQ.<br>Nevada Bar No.: 008501<br>JACQUELYN M. FRANCO, ESQ.<br>Nevada Bar No.: 13484<br>STEPHENSON & DICKINSON<br>2820 West Charleston Blvd., Suite B-19<br>Las Vegas, NV 89102<br>T: (702) 474-7229<br>F: (702) 474-7237<br>*Attorneys for Forward Air, Inc., FAF, Inc., and Forward Air Corporation* |
| --- | --- |
| Dated this ___ day of July, 2017.<br><br>_____<br>RYAN L. DENNETT<br>Nevada Bar No.: 005617<br>DENNETT WINSPEAR, LLP<br>3301 North Buffalo, Suite 195<br>Las Vegas, NV 89129<br>T: 702-839-1100<br>F: 702-839-1113<br>*Attorneys for Kostadin Karafeziev and Bulex Service Corporation* | |

**ORDER**

**It is so ordered this ___ day of _____, 2017**

_____
**United States District Court Judge**

2

of record, that the above-entitled action be dismissed with prejudice. Each party to bear their own costs and fees.

| Dated this ___ day of July, 2017. | Dated this 19 day of July, 2017. |
|---|---|
| _____ | /s/ Bruce Dickinson |
| DAVID FASSETT<br>Nevada Bar No.: 006968<br>VICTOR CARDOZA, JR.<br>Nevada Bar No.: 005599<br>FASSETT & CARDOZA<br>1137 South Rancho Drive<br>Las Vegas, NV 89102<br>T: 702-384-2495<br>F: 702-384-2542<br>*Attorneys for Plaintiff* | BRUCE SCOTT DICKINSON, ESQ.<br>Nevada Bar No.: 002297<br>MICHAEL E. HOTTMAN, ESQ.<br>Nevada Bar No.: 008501<br>JACQUELYN M. FRANCO, ESQ.<br>Nevada Bar No.: 13484<br>STEPHENSON & DICKINSON<br>2820 West Charleston Blvd., Suite B-19<br>Las Vegas, NV 89102<br>T: (702) 474-7229<br>F: (702) 474-7237<br>*Attorneys for Forward Air, Inc., FAF, Inc., and Forward Air Corporation* |
| Dated this 19th day of July, 2017.<br><br>/s/ Ryan L. Dennett<br>_____<br>RYAN L. DENNETT<br>Nevada Bar No.: 005617<br>DENNETT WINSPEAR, LLP<br>3301 North Buffalo, Suite 195<br>Las Vegas, NV 89129<br>T: 702-839-1100<br>F: 702-839-1113<br>*Attorneys for Kostadin Karafeziev and Bulex Service Corporation* | |

**ORDER**

It is so ordered this 20th day of ___July___, 2017

_____
**United States District Court Judge**

2